Case 08-19193    Doc 26    Filed 01/22/09    Entered 01/22/09 10:57:03    Desc    Page 1 of 2

Page 1

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Sims, Tracey

Printed: 01/22/09

Case Number: 08 B 19193
Judge: Hollis, Pamela S
Filed: 7/25/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 17, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 688.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 688.00 |
| Totals: | 688.00 | 688.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 2. | CitiFinancial Auto Credit Inc | Secured | 0.00 | 0.00 |
| 3. | Wilshire Credit Corp | Secured | 22,000.00 | 0.00 |
| 4. | GMAC Mortgage | Secured | 9,500.00 | 0.00 |
| 5. | U.S. Department Of Education | Unsecured | 0.00 | 0.00 |
| 6. | RJM Acquisitions LLC | Unsecured | 44.78 | 0.00 |
| 7. | GE Money Bank | Unsecured | 3,356.08 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 393.82 | 0.00 |
| 9. | TRI State Financial | Secured |  | No Claim Filed |
| 10. | Citi Auto | Unsecured |  | No Claim Filed |
| 11. | Rush University Medical Center | Unsecured |  | No Claim Filed |
| 12. | Capital One | Unsecured |  | No Claim Filed |
| 13. | TRI State Financial | Unsecured |  | No Claim Filed |
| 14. | Rush University Medical Center | Unsecured |  | No Claim Filed |
|  |  |  | $ 35,294.68 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Sims, Tracey | Case Number:  08 B 19193 |
| | Judge:  Hollis, Pamela S |
| Printed: 01/22/09 | Filed:  7/25/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

        Marilyn O. Marshall, Trustee, by:

